IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC,<br>    *Plaintiff,* | §<br>§<br>§ | |
| -vs- | §<br>§ | CIVIL NO. 6:21-CV-00299-ADA-JCM |
| INTEL CORPORATION,<br>    *Defendant.* | §<br>§<br>§ | |

## ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Jeffrey C. Manske on **Monday, April 5, 2021, at 1:30 p.m**. The conference will be conducted by video at https://txwd-uscourts.zoomgov.com/j/1611260782?pwd=SXhoWHAvUWxTWW5JUy8vbWU1N1dsZz09 and will be attended by at least one counsel for each remaining party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for **9:30 am, Thursday, April 8, 2021** in Courtroom #2, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX

**SIGNED** this 31st day of March, 2021.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE