# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>       Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | No. 6:21-cv-299-ADA |

## ORDER DENYING DEFENDANT INTEL CORPORATION'S MOTION
## TO TRANSFER TO AUSTIN OR ALTERNATIVELY CONTINUE TRIAL

On this day came on to be considered the Opposed Motion to Transfer to Austin or Alternatively Continue Trial filed by Defendant Intel Corporation in the above referenced action and the Court having now reviewed said motion and the opposition thereto filed by Plaintiff VLSI Technology LLC, finds that said motion should not be granted. It is, therefore,

ORDERED that Defendant Intel Corporation's Opposed Motion to Transfer to Austin or Alternatively Continue Trial is hereby DENIED.

SIGNED this __9th__ day of April 2021.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE