IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Case No. 6:21-cv-299-ADA |

## JURY VERDICT FORM

*[signature]*

4/21/21

10936396

# **JURY VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "VLSI" means VLSI Technology LLC, and "Intel" means Intel Corporation. As used herein, "'187 Patent" refers to U.S. Patent No. 6,633,187 and "'522 Patent" refers to U.S. Patent 6,366,522.

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

## I. LITERAL INFRINGEMENT

### Directions: Question Nos. 1 & 2

In answering the Questions below, please check "**Yes**" or "**No**" for each listed asserted claim in the space provided.

> **Question No. 1:** Has VLSI proven by a preponderance of the evidence that Intel has literally infringed the following asserted claims of the **'187 Patent**? "Yes" is in favor of VLSI, and "No" is in favor of Intel.
>
> **'187 Patent**
>
> | | | |
> |---|---|---|
> | Claim 1: | Yes _____ | No ✓ |
> | Claim 2: | Yes _____ | No ✓ |
> | Claim 13: | Yes _____ | No ✓ |
> | Claim 15: | Yes _____ | No ✓ |
> | Claim 17: | Yes _____ | No ✓ |
> | Claim 18: | Yes _____ | No ✓ |

**Question No. 2:** Has VLSI proven by a preponderance of the evidence that Intel has literally infringed the following asserted claims of the **'522 Patent**? "Yes" is in favor of VLSI, and "No" is in favor of Intel.

**'522 Patent**

| Claim | Yes | No |
|---|---|---|
| Claim 9: | | ✓ |
| Claim 11: | | ✓ |
| Claim 16: | | ✓ |
| Claim 20: | | ✓ |
| Claim 21: | | ✓ |
| Claim 36: | | ✓ |

Please proceed directly to **Question Nos. 3 & 4**.

## II. VALIDITY

### Directions – Question Nos. 3 & 4

In answering the Questions below, please check "**Yes**" or "**No**" for each listed asserted claim in the space provided.

> **Question No. 3:** Has Intel proven by clear and convincing evidence that the following asserted claims of the **'187 Patent** are invalid for obviousness? "No" is in favor of VLSI, and "Yes" is in favor of Intel.
>
> **'187 Patent**
>
> | Claim | Yes | No |
> |---|---|---|
> | Claim 1: | | ✓ |
> | Claim 2: | | ✓ |
> | Claim 13: | | ✓ |
> | Claim 15: | | ✓ |
> | Claim 17: | | ✓ |
> | Claim 18: | | ✓ |
>
> **Question No. 4:** Has Intel proven by clear and convincing evidence that the following asserted claims of the **'522 Patent** are invalid for obviousness? "No" is in favor of VLSI, and "Yes" is in favor of Intel.
>
> **'522 Patent**
>
> | Claim | Yes | No |
> |---|---|---|
> | Claim 9: | | ✓ |
> | Claim 11: | | ✓ |
> | Claim 16: | | ✓ |
> | Claim 20: | | ✓ |
> | Claim 21: | | ✓ |
> | Claim 36: | | ✓ |

Please proceed directly to **Question Nos. 5-7**.

- 4 -

## III. DAMAGES

### Directions – Question Nos. 5-7

In answering Question Nos. 5 & 6 below, please provide a **dollar amount** in the blank spaces. In answering Question No. 7 below, please select one of the options.

> **Question No. 5:** Answer the following question if there is at least one claim of the '187 Patent for which you answered "Yes" in Question 1, and "No" in Question 3.
>
> What is the total amount of damages you find for Intel's infringement of the '187 Patent?
>
> $ 0 _____.
>
> **Question No. 6:** Answer the following question if there is at least one claim of the '522 Patent for which you answered "Yes" in Question 2, and "No" in Question 4.
>
> What is the total amount of damages you find for Intel's infringement of the '522 Patent?
>
> $ 0 _____.

- 5 -

> **Question No. 7**: Is the total amount of damages you found in Questions 5 & 6, 1) a running royalty in the form of a lump sum for past damages only or 2) a lump sum for all damages?
>
> **1) Running royalty in the form of a lump sum for past damages only [_____]**
>
> -OR-
>
> **2) Lump sum for all damages [_____]**

Not applicable

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

SIGNED this 21st day of April, 2021.



JURY FOREPERSON