IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VLSI TECHNOLOGY LLC,**<br>　　　　*Plaintiff*<br><br>-v-<br><br>**INTEL CORPORATION,**<br>　　　　*Defendant* | §<br>§<br>§　　W-21-CV-00299-ADA<br>§<br>§<br>§<br>§<br>§ |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through April 28, 2021 and finds the requested amount ($22,350.00) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

　　Plaintiffs:　　　　$11,175.00
　　Defendant:　　　　$11,175.00

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 28th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE