IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | **Case No.:** 6:21-cv-299-ADA<br><br>**FILED UNDER SEAL** |

**PLAINTIFF VLSI TECHNOLOGY LLC'S**
**<u>MOTION FOR ENTRY OF JUDGMENT</u>**

A jury found on April 21, 2021 that VLSI Technology LLC ("VLSI") did not establish that the asserted claims of the two patents-in-suit were infringed, and that Intel Corporation ("Intel") did not establish that all asserted claims of the two patents-in-suit were invalid. D.I. 549.

The parties filed the following post-trial motions, which were fully briefed on June 30, 2021 and remain pending:

| Docket No. | Motion |
|---|---|
| 592 | VLSI's Rule 59 And Rule 60(b)(3) Motion For A New Trial |
| 593 | VLSI's Rule 50(b) Renewed Motion For Judgment As A Matter Of Law |
| 599 | Intel's Rule 50(b) Renewed Motion For Judgment As A Matter Of Law |
| 600 | Intel's Rule 52 Motion For Judgment Re: Unclean Hands[1] |

The Court heard oral argument on these post-trial motions on November 23, 2021. *See* D.I. 627, 629, 637. VLSI moved for judgment as a matter of law of infringement of both patents-in-suit, and for a new trial. Intel moved for judgment as a matter of law of invalidity of both patents-in-suit.

Plaintiff VLSI respectfully requests that the Court enter final judgment. *See* Fed. R. Civ. P. 58(b)(2)(B); 58(d). To assist the Court, VLSI submits two proposed forms of judgment: Exhibit A, if the Court is inclined to grant VLSI's motions for judgment as a matter of law and its motion for a new trial to determine the amount of damages owed to VLSI for Intel's infringement; and Exhibit B, if the Court is inclined to deny VLSI's post-trial motions.

---

[1] While Intel's motion regarding unclean hands is still pending, the Court has already denied Intel's substantively identical unclean hands motion in a previous case between the parties. *VLSI Tech. LLC v. Intel Corp.*, Case No. 6:21-cv-57-ADA, D.I. 684 (Order Denying Intel's Rule 52 Motion for Judgment Barring Recovery Under the Doctrine of Unclean Hands) (W.D. Tex. Mar. 18, 2022).

- 2 -

| | |
|---|---|
| Dated: November 20, 2023 | By:  */s/ Andy Tindel* |

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach  (*pro hac vice*)
Iian D. Jablon  (*pro hac vice*)
Alan J. Heinrich  (*pro hac vice*)
Ian Robert Washburn  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Elizabeth C. Tuan  (*pro hac vice*)
Dominik Slusarczyk  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Benjamin Monnin  (*pro hac vice*)
Jordan Nafekh  (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
aheinrich@irell.com
iwashburn@irell.com
aproctor@irell.com
etuan@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com

Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
bredjaian@irell.com

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909


*Attorneys for VLSI Technology LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via ECF, to all counsel of record, on November 20, 2023.

                                                */s/ Andy Tindel*
                                                Andy Tindel

11277140